```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                 FORT PIERCE DIVISION

          Case No. 10-14015-CIV-GRAHAM/WHITE
```

HAKAM SUELIMAN,

    Plaintiff,

vs.

PONOZIAC, et al.,

    Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court upon the Report of the Magistrate Judge regarding the plaintiff's motion for a Temporary Restraining Order [D.E. 44].

**THE COURT** has conducted a <u>de novo</u> review of the file and is otherwise fully advised in the premises.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 47] is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the plaintiff's motion for a Temporary Restraining Order [D.E. 44] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of January, 2011.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge White
     All Counsel of Record
     Hakam Sueliman, Pro Se